# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 22, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

157465(74)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

SC: 157465
COA: 334398
Wayne CC: 15-010530-FH

KELVIN WILLIS,
   Defendant-Appellant.
_____/

   On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its supplement brief is GRANTED. The supplement brief will be accepted as timely filed if submitted on or before March 19, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 22, 2019



Clerk